IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF ) <br> NATHANIEL EDMOND STRASSER, ) <br> ATTORNEY REGISTRATION ) <br> NUMBER 205573, A MEMBER ) <br> OF THE BAR OF THE UNITED STATES ) <br> DISTRICT COURT FOR THE WESTERN ) <br> DISTRICT OF PENNSYLVANIA ) | Misc. No. 2:24-mc-1242 |

**ORDER**

WHEREAS this Court has been advised that Attorney Nathaniel Edmond Strasser ("Attorney Strasser") was suspended for a period of one year and one day from the Bar of the Commonwealth of Pennsylvania, by order of the Supreme Court of Pennsylvania dated November 6, 2024, entered in Disciplinary Proceeding Number 57 DB 2023;

Attorney Strasser was admitted to the Bar of this Court on November 2, 2007.

NOW THEREFORE IT IS HEREBY ORDERED that a Rule to Show Cause is issued to Attorney Strasser to show good cause why a reciprocal order of suspension for a period of one year and one day should not be entered by the United States District Court for the Western District of Pennsylvania, returnable within thirty (30) days from the date of this order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to give notice of the entry of this order to Attorney Strasser via certified mail sent to the mailing address that he maintains with the Clerk of Court. Because this address is different from the address on record with the Pennsylvania Disciplinary Board, the Clerk of Court shall also send notice of the entry of this order to Attorney Strasser via first-class mail at that mailing address.

Date: November 14, 2024

_____
Mark R. Hornak
Chief United States District Judge

